U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2020R01053)

**1:21CR-199**

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**1:21CR- 99**

COUNTY NAME: Fulton        DISTRICT COURT NO.

MAGISTRATE CASE NO.    1:21-MJ-00344

| | | |
|---|---|---|
| X Indictment | Information | X Magistrate's Complaint |
| DATE: May 18, 2021 | DATE: | DATE: April 1, 2021 |

UNITED STATES OF AMERICA
vs.
PAUL KWAK AND
MICHELLE KWAK

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   X Yes   No
Defendant is released on bond from: Robert A. Deyton Facility on April 6, 2021
Will the defendant require an interpreter? X Yes No
What language? Korean

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 18 2021

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

District Judge:
Magistrate Judge:

Attorney: Michael Qin
Defense Attorney: Kimberly Sharkey