
May 18, 2021

Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

PAUL KWAK AND
MICHELLE KWAK

Indictment/Information

**1:21CR-199**

May 18, 2021

Date of Indictment

### REQUEST FOR ARRAIGNMENT – Defendant on Bond

Issue Summons to:

Paul Kwak
(Name)
2339 Weeping Oak Drive, Braselton, GA 30517
(Address)

ATTORNEY FOR DEFENDANT
Kimberly Sharkey
(Name)
101 Marietta Street Northwest, Suite 1500, Atlanta,
GA 30303
(Address)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 1 8 2021

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

Other defendants previously arraigned (or now set for arr.)

Michael Qin
Assistant U.S. Attorney