# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

1:21-CR-199 – /

PAUL KWAK
2339 WEEPING OAK DRIVE
BRASELTON, GA 30517

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 19 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1860**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia  30303-3361 |
| **BEFORE:** | Honorable Linda T. Walker<br>United States Magistrate Judge |
| **DATE AND TIME:** | Monday, June 7, 2021<br>**10:00 a.m.** |

To answer a(n)

X ☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section 1349**

Brief description of the offense: conspiracy to commit wire fraud

AUSA:                                       Michael Qin

Counsel for Defendant:              Page Pate and Thomas Church

May 19, 2021

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk