IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO.: 1:21-cr-00199-UNA |
| v. | : |
| | : |
| | : |
| PAUL KWAK | : |
| MICHELLE KWAK | : |
| | : |
| Defendants. | : |

**<u>DEFENDANTS' JOINT UNOPPOSED MOTION TO PERMIT TRAVEL</u>**

Defendants Paul Kwak ("Mr. Kwak") and Michelle Kwak (Ms. Kwak) hereby file this Joint Motion to Permit Travel and respectfully request that the Court permit them to travel to Columbus, Ohio from June 10, 2021 to June 16, 2021 to participate in a real estate development meeting.

1.

On May 18, 2021, an Indictment was filed in this District charging Mr. and Ms. Kwak with violations of 18 U.S.C. §§ 641, 1343, 1956, 371, and 1349.

2.

Mr. Kwak appeared before this Court on April 6, 2021 after his arrest on a criminal complaint. Mr. Kwak was released by the Court on a non-surety bond set at $50,000. As a condition of his release, Mr. Kwak's travel is restricted to the Northern District of Georgia unless his supervising pretrial services officer has

approved travel in advance. Ms. Kwak has been released on bond with the same restriction on her travel.

3.

Mr. and Ms. Kwak are scheduled to appear in Court for arraignment on June 7, 2021.

4.

Mr. and Ms. Kwak are requesting to travel to Columbus, Ohio from June 10, 2021 to June 16, 2021 to participate in meetings regarding a joint investment with Soon Yoon, who is the CEO of KC Sports. The purpose of the meetings is to discuss the development of two properties, one being built from scratch, and it requires meetings with the architect, builder, and contactor. The meetings will take place at 195 S. High Street, Columbus, Ohio 43215.

5.

To participate in these meetings, the Kwaks are requesting permission to travel to Columbus, Ohio on June 10, 2021, to return home on June 16, 2021. The Kwaks are requesting to travel by vehicle due to the fact that Ms. Kwak is uncomfortable flying during the pandemic. While in Ohio, the Kwaks would be staying at the Sheraton Suites located at 201 Hutchinson Avenue, Columbus, Ohio 43235.

6.

On May 26, Counsel spoke with Mr. Kwak's pretrial services officer (Officer Cochran), and he has no objection to the requested travel. Counsel also contacted the Government (AUSA Michael Qin), and the Government does not object to the requested travel.

7.

For these reasons, Counsel respectfully requests that the Court allow Mr. and Ms. Kwak to travel outside of the Northern District of Georgia to attend the business meetings in Columbus, Ohio from June 10, 2021 to June 16, 2021.

Respectfully submitted,

PATE, JOHNSON & CHURCH, LLC

/s/ Page A. Pate
Page A. Pate
Georgia Bar No.: 565899

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310

Thomas D. Church
Georgia Bar No.: 956589

FINCH MCCRANIE

/s/ W. Carl Lietz
W. Carl Lietz III
Georgia Bar No.: 452080

Finch McCranie
225 Peachtree Street NE
1700 South Tower
Atlanta, Georgia 30303
(404) 658-9070

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 26th day of May, 2021.

                                                              PATE, JOHNSON & CHURCH, LLC

                                                              /s/ Page A. Pate

Pate, Johnson & Church, LLC            Page A. Pate
101 Marietta Street, Suite 3300          Georgia Bar No.: 565899
Atlanta, Georgia 30303
(404) 223-3310                               Thomas D. Church
                                                              Georgia Bar No.: 956589

                                                              FINCH MCCRANIE

                                                              /s/ W. Carl Lietz

Finch McCranie                             W. Carl Lietz III
225 Peachtree Street NE                 Georgia Bar No.: 452080
1700 South Tower
Atlanta, Georgia 30303
(404) 658-9070