IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

PAUL KWAK, ET AL.

Criminal Indictment No.

1:21-cr-00199-ELR-CCB

## BILL OF PARTICULARS

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Sekret T. Sneed, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Indictment pursuant to 18 U.S.C. § 982:

a. $360,686.90 in funds from JP Morgan Chase Bank account number XXXXX3171 held in the name of Paul Philip Management, LLC;

b. $255,732.89 in funds from JP Morgan Chase Bank account number XXXXX0726 held in the name of Paul Philip Property Management, LLC;

c. $644,098.54 in funds from JP Morgan Chase Bank account number XXXXX1217 held in the name of NSEW GA, Inc.;

d. $76,875.38 in funds from JP Morgan Chase Bank account number XXXXX8591 held in the name of Paul Kwak;

e. $252,694.99 in funds from JP Morgan Chase Bank account number XXXXX9927 held in the name of NSEW Holding NA Corp.;

f. $21,691.00 in U.S. currency;

g. 2021 Mercedes GLS 580, VIN 4JGFF8GE1MA446145;

h. $64,580.40 in funds from Metro City Bank account number XXX0134 held in the name of NSEW LA, LLC;

i. $80,345.40 in funds from Metro City Bank account number XXX0126 held in the name of NSEW Western, LLC;

j. $71,382.85 in funds from Metro City Bank account number XXX1563 held in the name of Copeland GA, LLC.

    Respectfully submitted,

    KURT R. ERSKINE
      *Acting United States Attorney*

    /s/Sekret T. Sneed
      *Assistant United States Attorney*
    Georgia Bar No. 252939
    sekret.sneed@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 23, 2021

                                              */s/Sekret T. Sneed*
                                              SEKRET T. SNEED
                                              *Assistant United States Attorney*