IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL KWAK, ET AL. | Criminal Indictment No.<br><br>1:21-CR-00199-ELR-CCB |

## BILL OF PARTICULARS

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Sekret T. Sneed, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following real property to the forfeiture provision of the above-captioned Indictment pursuant to 18 U.S.C. § 982:

### 2339 WEEPING OAK DRIVE, BRASELTON, GWINNETT COUNTY, GEORGIA
[Property ID Number: R3005 458]

ALL THAT TRACT OR PARCEL OF LAND lying and being in Duncan's District (GMD 1749) of the Gwinnett County, Georgia and being Lot 29 of the Woodlands at Chateau Elan, Phase 5, as shown on the subdivision plat of survey recorded in Plat Book 109, Pages 158-160, Gwinnett County, Georgia Plat Records, said plat is incorporated herein by reference for a complete description of subject property

Subject to any and all easements, rights of way, protective or restrictive covenants and public utilities of record, including, but not limited to the restrictive covenants recorded in Deed Book 42995, Page 100 and in Deed Book 43776, Page 157, Gwinnett County, Georgia Deed Records.

Respectfully submitted,

Kurt R. Erskine
   *Acting United States Attorney*


/s/*Sekret T. Sneed*
   *Assistant United States Attorney*
   Georgia Bar No. 252939
   sekret.sneed@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 5, 2021

/s/Sekret T. Sneed
SEKRET T. SNEED
*Assistant United States Attorney*