UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>PAUL KWAK<br>MICHELLE KWAK | Criminal Action<br><br>No. 1:21-CR-00199-ELR-CCB |

## NOTICE OF FILING LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that on October 25, 2021, the attached Notice of Lis Pendens Re: Forfeiture was recorded with the Clerk of Superior Court of Gwinnett County, Georgia.

Dated: November 17, 2021

                                        Respectfully submitted,

                                        KURT R. ERSKINE
                                        *United States Attorney*

                                        /S/SEKRET T. SNEED
                                        *Assistant United States Attorney*
                                        Georgia Bar No. 252939
                                        600 U.S. Courthouse
                                        75 Ted Turner Drive, S.W.
                                        Atlanta, GA 30303
                                        404-581-6000
                                        sekret.sneed@usdoj.gov

## **CERTIFICATE OF SERVICE**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Date: November 17, 2021

/s/ SEKRET T. SNEED
SEKRET T. SNEED
*Assistant United States Attorney*

LIEN B: 05847 P: 00225
10/25/2021 10:04 AM Pgs: 3 Fees: $25.00

Tiana P Garner, Clerk of Superior Court
Gwinnett County, GA

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY MICHELLE KWAK.

**PLEASE RETURN TO:**
**SEKRET T. SNEED**
**ASSISTANT U.S. ATTORNEY**
**75 TED TURNER DRIVE, S.W.**
**SUITE 600**
**ATLANTA, GEORGIA 30303**

**PLEASE CROSS-REFERENCE TO THAT LIMITED WARRANTY DEED RECORDED FEBRUARY 22, 2021, IN BOOK 58406, PAGE 793, GWINNETT COUNTY, GEORGIA LAND RECORDS.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

PAUL KWAK
MICHELLE KWAK

Criminal Indictment No.

1:21-CR-199-ELR-CCB

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendants with violations of Title 18, United States Code, Sections

1349, 1343 and 1956(a)(1)(B)(i) and alleging in the Forfeiture Provision that the following real property:

### 2339 WEEPING OAK DRIVE, BRASELTON, GWINNETT COUNTY, GEORGIA
### [Property ID Number: R3005 458]

ALL THAT TRACT OR PARCEL OF LAND lying and being in Duncan's District (GMD 1749) of the Gwinnett County, Georgia and being Lot 29 of the Woodlands at Chateau Elan, Phase 5, as shown on the subdivision plat of survey recorded in Plat Book 109, Pages 158-160, Gwinnett County, Georgia Plat Records, said plat is incorporated herein by reference for a complete description of subject property

Subject to any and all easements, rights of way, protective or restrictive covenants and public utilities of record, including, but not limited to the restrictive covenants recorded in Deed Book 42995, Page 100 and in Deed Book 43776, Page 157, Gwinnett County, Georgia Deed Records.

titled in the name of **Michelle Kwak** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 982.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

**[continued on next page]**

LIEN B: 05847 P: 00227  10/25/2021 10:04 AM
21L045516  Page 3 of 3

Respectively Submitted,

KURT R. ERSKINE
   *Acting United States Attorney*

*/s/   Sekret T. Sneed*
   *Assistant United States Attorney*
Georgia Bar No. 252939
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 581-6000
sekret.sneed@usdoj.gov

3