# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION NO. |
| v. | : 1:21-CR-199-ELR-CCB |
| | : |
| PAUL KWAK | : |
| MICHELLE KWAK, | : |
| | : |
| Defendants. | : |

## DEFENDANTS' JOINT MOTION
## TO PERMIT INTERNATIONAL TRAVEL

Defendants Paul Kwak ("Mr. Kwak") and Michelle Kwak (Ms. Kwak) hereby file this Joint Motion to Permit Travel and respectfully request that the Court permit them to travel to South Korea from December 26, 2021 to January 23, 2022, to meet their newborn grandchild.

**1.**

On May 18, 2021, an Indictment was filed in this District charging Mr. and Mrs. Kwak with violations of 18 U.S.C. §§ 641, 1343, 1956, 371, and 1349.

**2.**

Mr. Kwak appeared before this Court on April 6, 2021, after his arrest on a criminal complaint. Mr. Kwak was released by the Court on a non-surety bond set at $50,000. As conditions of his release, Mr. Kwak was required to surrender his passport, and his travel is restricted to the Northern District of Georgia unless his

supervising pretrial services officer has approved travel in advance. Ms. Kwak has been released on bond with the same restriction**s** on her travel.

**3.**

Mr. Kwak made four previous unopposed requests to travel, all of which were granted by this Court:

- On April 13 of this year, Mr. Kwak requested to travel to Woodbridge, Virginia from April 14 to April 16 for a financial seminar, and the Court granted his request on the same day.

- On May 26, Mr. Kwak requested to travel to Columbus, Ohio, from June 10 to June 16 for meetings with property developers, and the Court granted his request on June 7.

- On July 20, Mr. Kwak requested to travel to Columbus, Ohio, from July 28 to June 31 for meetings with property developers, and the Court granted his request on July 22.

- On August 12, Mr. Kwak requested to travel to San Francisco, California from August 27 to September 7 to see his children who were visiting from overseas, and the Court granted his request on August 23.

**4.**

On each of these occasions, Mr. Kwak travelled only as was specifically permitted, followed all instructions of his pretrial services officer—who was at that time Officer Walt Cochran—and returned to the Northern District of Georgia on the scheduled date without incident.

**5.**

On October 12, Mr. Kwak filed an unopposed motion to modify the conditions of his release such that he would no longer be required to submit to location monitoring services. That motion was granted by this Court on October 25, 2021, and since that time, Mr. Kwak has been permitted to travel, subject only to the limitations set by his pretrial services officer.

**6.**

The United States passports of both Mr. and Ms. Kwak, however, remain in the custody of pretrial services pursuant to their special conditions of release.

**7.**

Mr. and Mrs. Kwak are requesting to travel to Seoul, South Korea from December 26, 2021 to January 23, 2022. The Kwaks' first grandchild was born at the beginning of November, and the purpose of the trip would be to visit with their children and meet the new baby for the first time.

**8.**

The total duration of the trip would be four weeks. The reason for the length of the stay is the COVID-19 protocols in place in South Korea, which would require them to be in quarantine for two weeks upon their arrival, thereby delaying their ability to visit with family.

**9.**

If permitted the visit, Mr. and Mrs. Kwak would travel by aircraft to Seoul, South Korea on December 26, 2021, and return home by aircraft on January 23, 2022. While in Seoul, the Kwaks would stay with family and would provide detailed itineraries to their respective pretrial services officers.

**10.**

Counsel has spoken with the pretrial services officer who supervises both Mr. and Ms. Kwak, Officer Emma Moses; and she would leave the matter to the discretion of the Court.

**11.**

For these reasons, Counsel respectfully requests that the Court authorize pretrial services to return Mr. and Mrs. Kwak's passports to them for the duration of the trip described above, and that the Court direct Mr. and Mrs. Kwak to then re-surrender their passports to pretrial services within 48 hours of their return to the United States on January 23, 2022.

Respectfully submitted this 24th day of November, 2021.

                                                    PATE, JOHNSON & CHURCH, LLC

                                                   /s/ Page A. Pate

Pate, Johnson & Church, LLC         Page A. Pate
101 Marietta Street, Suite 3300           Georgia Bar No.: 565899
Atlanta, Georgia 30303
(404) 223-3310                                 Thomas D. Church
                                                   Georgia Bar No.: 956589

                                                   Kate Forrest
                                                 Georgia Bar No.: 555336


                                                 FINCH MCCRANIE

                                                 */s/ W. Carl Lietz, III*
                                                 W. Carl Lietz, III
                                                 Georgia State Bar No. 452080

Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
carl@finchmccranie.com

5

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 24th day of November, 2021.

PATE, JOHNSON & CHURCH, LLC

/s/ Page A. Pate

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310

Page A. Pate
Georgia Bar No.: 565899

Thomas D. Church
Georgia Bar No.: 956589

Kate Forrest
Georgia Bar No.: 555336


FINCH MCCRANIE

*/s/ W. Carl Lietz, III*
W. Carl Lietz, III
Georgia State Bar No. 452080

Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
carl@finchmccranie.com