IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL KWAK, ET AL. | Criminal Indictment No.<br><br>1:21-cr-00199-ELR-CCB |

## BILL OF PARTICULARS

The United States of America, by Kurt R. Erskine, United States Attorney, and Sekret T. Sneed, Assistant United States Attorney, for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Indictment pursuant to 18 U.S.C. § 982:

### 63 JOCELYN DRIVE, BRASELTON, JACKSON COUNTY, GEORGIA
**[Parcel ID No.: 124C 315]**

All that tract or parcel of land lying and being in the 1765th G.M.D., City of Braselton, Jackson County, Georgia, being Lot 315, Broadmoor Glen, Phase 2, as shown on plat recorded in Plat Book 81 Pages 173-180, as revised in Plat Book 81, Pages 393-400, Jackson County, Georgia records, which said plat being incorporated herein by reference thereto.

Respectfully submitted,

KURT R. ERSKINE
*United States Attorney*


/s/Sekret T. Sneed
*Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 24, 2022

                                              /s/Sekret T. Sneed
                                              Sekret T. Sneed
                                              Assistant United States Attorney