# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 1:21-CR-199-ELR-CCB |
| | : | |
| PAUL KWAK | : | |
| MICHELLE KWAK, | : | |
| | : | |
| Defendants. | : | |

## PARTIES' JOINT MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

The United States and Defendants Paul Kwak ("Mr. Kwak") and Michelle Kwak (Ms. Kwak) hereby file this Joint Motion and respectfully request that the Court extend the motions deadline in the above-styled case. In support of this request, Counsel for the defendants show the following:

**1.**

On May 18, 2021, an Indictment was filed in this District charging Mr. and Ms. Kwak with violations of 18 U.S.C. §§ 641, 1343, 1956, 371, and 1349.

**2.**

As this Court is aware, the pretrial motions deadline has been extended several times in order to allow the Government to produce discovery materials. The current pretrial motions deadline is July 6, 2022. A pretrial conference has been scheduled for July 8, 2022.

**3.**

To date, a fair amount of discovery has been produced; however, additional key discovery is still forthcoming. Federal agents have yet to execute all outstanding search warrants in this case. Some of the electronic devices purportedly connected to the case have been searched, but even for many of these, forensic analysis is ongoing. As many of the files and documents in question were written in Korean, the language barrier involved also makes review more time-consuming. Hence, the Government is unable to forecast with precision when these materials will be produced to the Defendants.

**4.**

Until discovery is complete, counsel for Mr. and Mrs. Kwak will not be able to fully evaluate the evidence and determine what pretrial motions need to be filed. For this reason, the parties request the Court to extend the pretrial motions deadline for 60 days.

**5.**

Both D

efendants agree that the time period granted as a continuance is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(7)(A).

Respectfully submitted this 5th day of July, 2022.

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
kate@patejohnson.com
page@patejohson.com

/s/ Kate Forrest
Kate Forrest
Georgia Bar No.: 555336

Page A. Pate
Georgia Bar No.: 565899

*ATTORNEYS FOR PAUL KWAK*

Finch McCranie
225 Peachtree Street NE
1700 South Tower
Atlanta, Georgia 30303
(404) 658-9070
carl@finchmccranie.com

/s/ W. Carl Lietz
W. Carl Lietz III
Georgia Bar No.: 452080

*ATTORNEY FOR MICHELLE KWAK*

75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 581-6000
michael.qin@usdoj.gov

/s/ Michael S. Qin
Michael S. Qin
Assistant United States Attorney
Georgia Bar No.: 206110

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 5th day of July, 2022.

PATE, JOHNSON & CHURCH, LLC

/s/ Kate Forrest
Kate Forrest
Georgia Bar No.: 555336

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
kate@patejohnson.com
page@patejohson.com

Page A. Pate
Georgia Bar No.: 565899

4