# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CRIMINAL ACTION NO.** <br> **1:21-CR-199-ELR-CCB** |
| **PAUL KWAK (1),** <br> **MICHELLE KWAK (2),** | |
| **Defendants.** | |

## ORDER

This matter is before the Court for consideration of the Parties' joint motion for a 60-day extension of time within which to file pretrial motions. (Doc. 77). For good cause shown, the Court **GRANTS** the motion and will afford Defendants through and including September 7, 2022, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Friday, September 9, 2022, at 9:00 A.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, July 5, 2022, and the date of the next pretrial conference, September 9, 2022, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

and (B)(iv). The Court finds that the extension is necessary because the parties anticipate additional discovery is forthcoming, and defense counsel will need additional time to review the discovery once it is produced and discuss the case with their clients before determining whether pretrial motions are appropriate, and the Government will need time to review any filed motions in preparation for the pretrial conference. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

The Court anticipates having the pretrial conference in September regardless of whether any party files a motion seeking additional time to file motions. If any party does file such a motion, counsel should still plan to attend the pretrial conference on September 9, at which time the Court will hear from counsel regarding why additional time is needed.

**IT IS SO ORDERED,** this 6th day of July, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE