

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*600 Richard B Russell Bldg.*  *Telephone: (404) 581-6083*
*75 Ted Turner Dr., S.W.,*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

August 2, 2022

Courtroom Deputy
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re:  Leave of Absence

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to Local Criminal Rule 57.1E(4), NDGA, as attorney of record in the above matters, I submit a notice of leave of absence that I will be out of the office on the following dates:

**September 19, 2022 to September 23, 2022**

I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

RYAN K. BUCHANAN
*United States Attorney*

/s/ MICHAEL S. QIN
*Assistant United States Attorney*

cc:  Counsel for Defendants (via ECF)

# CASE LIST FOR MICHAEL S. QIN

U.S. v. Sook Kim, 1:22-CR-00087
U.S. v. Chung Wing Eng et al, 1:22-CR-00050
U.S. v. Paul Kwak, 1:21-CR-00199
U.S. v. Deon Brown, 1:21-CR-00202
U.S. v. Marco Antonio Garcia et al, 1:20-CR-00188
U.S. v. Domingo Martinez, 1:21-CR-00015
U.S. v. Jong Sun Huh, 1:22-CR-00039
U.S. v. Adolfo Alejandro Rauda-Constantino, et al, 1:18-CR-00203
U.S. v. Nereo Valencia Santos et al, 1:21-CR-00103
U.S. v. Uriel Zacarias-Sanchez, 1:22-CR-00185
U.S. v. Ramiro Conteras-Sandoval, 1:21-CR-00434
U.S. v. Raud-Constantino, 1:18-CR-00203-1
U.S. v. Abraham Galindo, 1:21-CR-00003