IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:21-CR-199-ELR-CCB |
| | ) | |
| PAUL KWAK | ) | |
| MICHELLE KWAK | ) | |

## PARTIES' JOINT MOTION TO EXTEND THE
## PRETRIAL MOTIONS DEADLINE

The United States and Defendants Paul Kwak and Michelle Kwak hereby file this Joint Motion and respectfully request that the Court extend the pretrial motions deadline. In support of this request, the parties show the following:

1.

On May 18, 2021, an Indictment was filed in this District charging Mr. and Mrs. Kwak with violations of 18 U.S.C. §§ 641, 1343, 1956, 371, and 1349.

2.

As this Court is well-aware, the pretrial motions deadline has been extended several times in order to allow the Government to produce discovery materials. The current pretrial motions deadline is September 7, 2022. A pretrial conference is scheduled for September 9, 2022.

3.

The government recently advised that its review of the electronic devices is now complete and that they have not found any further responsive material from that review. Further, the government has stated that it does not anticipate producing any more discovery.

4.

Given that a fair amount of discovery has been produced to date (including a supplemental production since the last extension), counsel for Mr. and Mrs. Kwak need some additional time to evaluate the evidence now that discovery is complete to finalize their pre-trial motions. In addition, the parties are in discussions to also potentially resolve the cases via plea.

5.

For these reasons, in the instant filing, the parties request the Court to extend the pretrial motions deadline for 60 days. If the case is not resolved through a plea, no further extensions of the pretrial motions deadline will be requested, assuming the Government does not produce any additional discovery.

6.

Both defendants agree that the time period granted as a continuance is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(7)(A).

Respectfully submitted this 6th day of September, 2022.

*/s/ Page A. Pate*
Page A. Pate
Georgia State Bar No. 565899
Kate Forrest
Georgia State Bar No. 555336

ATTORNEYS FOR PAUL KWAK

Pate, Johnson & Church, LLC
101 Marietta Street
Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
page@patejohnson.com
kate@patejohnson.com

*/s/ W. Carl Lietz, III*
W. Carl Lietz, III
Georgia State Bar No. 452080

ATTORNEY FOR MICHELLE KWAK

Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
carl@finchmccranie.com

*/s/ Michael S. Qin*
Michael S. Qin
Assistant United States Attorney
Georgia State Bar No. 206110

75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000
michael.qin@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

Dated: This 6th day of September, 2022.

*/s/ W. Carl Lietz, III*
W. Carl Lietz, III
Georgia State Bar No. 452080
