# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00199-ELR-CCB
## USA v. Kwak et al
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 09/09/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 9:03 A.M.          TAPE NUMBER: Zoomgov.com
TIME IN COURT: 00:03                     DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Paul Kwak NOT Present at proceedings<br>[2]Michelle Kwak NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Warren Lietz representing Michelle Kwak<br>Page Pate representing Paul Kwak<br>Michael Qin representing USA |
| PROCEEDING CATEGORY: | Status Conference |
| MOTIONS RULED ON: | DFTS #1 and #2 [80] Motion for Extension of Time **GRANTED** |
| MINUTE TEXT: | The Court held a status conference. The Court **GRANTED** the parties' joint motion for extension of time to file pretrial motions. Written order to follow. |