IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>PAUL KWAK (1),<br>MICHELLE KWAK (2),<br><br>     Defendants. | CRIMINAL ACTION NO.<br>1:21-CR-199-ELR-CCB |

### ORDER

This matter is before the Court for consideration of the parties' joint motion for a 60-day extension of time within which to file pretrial motions. (Doc. 80). For good cause shown, the Court **GRANTS** the motion and will afford Defendants through and including November 11, 2022, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Tuesday, November 15, 2022 at 10:30 A.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, September 6, 2022, and the date of the next pretrial conference, November 15, 2022, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C.

§§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for Defendants need additional time to review the discovery materials and to discuss the case with their clients before determining whether pretrial motions are appropriate. In addition, the parties are in discussions to potentially resolve this case, which would obviate the need to file pretrial motions. If those discussions are not fruitful, and Defendants elect to file pretrial motions, the Government will need time to review any filed motions in preparation for the pretrial conference. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

**IT IS SO ORDERED,** this 9th day of September, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE