

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

October 19, 2022

Kevin P. Weimer
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

    Re:    United States v. Paul Kwak, et al
             Criminal Action No. 1:21-CR-00199-ELR-CCB
             Substitution of Counsel

Dear Mr. Weimer:

       This is to notify you that the above-styled case has been transferred from Michael Qin to AUSA Christopher J. Huber, telephone number 404-581-6292. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

                                 Sincerely,

                                   RYAN K. BUCHANAN
                                   United States Attorney

                                   CHRISTOPHER J. HUBER
                                   *Assistant United States Attorney*

cc:   Kimberly Sharkey
       Katherine Clark Forrest
       Thomas D. Church
       David Holmes Bouchard
       Warren C. Lietz
       Courtroom Deputy
       Criminal Docketing