IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL KWAK (1),<br>MICHELLE KWAK (2),<br><br>    Defendants. | CRIMINAL ACTION NO.<br>1:21-CR-199-ELR-CCB |

### ORDER

This matter is before the Court for consideration of the parties' joint motion for a 60-day extension of time within which to file pretrial motions. (Doc. 88). For good cause shown, the Court **GRANTS** the motion and will afford Defendants through and including January 10, 2023, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Thursday, January 12, 2023 at 3:00 P.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, November 11, 2022, and the date of the next pretrial conference, January 12, 2023, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for Defendants need additional time for the parties to continue discussions to possibly resolve this case, which would obviate the need to file pretrial motions. If the discussions are not fruitful, and Defendants elect to file pretrial motions, the Government will need time to review any filed motions in preparation for the pretrial conference. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

The Court anticipates having the pretrial conference in January regardless of whether any party files a motion seeking additional time to file motions. If any party does file such a motion, counsel should still plan to attend the pretrial conference on January 12, at which time the Court will hear from counsel regarding why additional time is needed.

**IT IS SO ORDERED,** this 15th day of November, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE