# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 1:21-CR-199-ELR-CCB |
| | : | |
| PAUL KWAK | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 57.1(E)(2), Kate Forrest ("Ms. Forrest"), one of the attorneys of record for Defendant, Paul Kwak ("Mr. Kwak") hereby files the following motion to withdraw as counsel. In support of this motion, Ms. Forrest shows the following:

**1.**

As this Court is aware, Mr. Kwak's lead counsel, Page Pate, recently passed away suddenly. In the wake of Mr. Pate's death, the undersigned firm is now in the early stages of winding-down. As a result of this, Ms. Forrest has obtained new employment and will no longer be practicing criminal law beginning on December 1, 2022.

**2.**

As a result of these factors, Mr. Kwak's case will now be handled solely by his remaining attorney of record, Mr. Thomas Church. Mr. Kwak is aware of this

change, and he was notified in person of Ms. Forrest's intent to file a motion to withdraw with this Court on October 21, 2022. Mr. Kwak acknowledged this notice and did not object to the filing of the motion.

**3.**

For these reasons, Ms. Forrest respectfully requests that this Court permit her to withdraw as counsel in the above-styled matter.

This 16th day of November, 2022.

PATE, JOHNSON & CHURCH, LLC

/s/ Kate Forrest

Kate Forrest
Georgia Bar No.: 555336
101 Marietta Street NW, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 16th day of November, 2022.

PATE, JOHNSON & CHURCH, LLC

/s/ Kate Forrest

Kate Forrest
Georgia Bar No.: 555336
101 Marietta Street NW, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310