

**U. S. Department of Justice**

United States Attorney

Northern District of Georgia

| | |
|---|---|
| *Richard Russell Federal Building* | *Telephone: (404) 581-6000* |
| *75 Ted Turner Drive S.W.* | *Fax: (404) 581-6181* |
| *Suite 600* | |
| *Atlanta, Georgia 30303* | |

November 18, 2022

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Ga 30303

Re:

*US v. Uwanbongye Nwokoro, 1:17-CR-00062-SCJ-JSA-1*
*US v. Athan Onyema, et al, 1:19-CR-00464-UNA-1*
*US v. Douglas K. Mittleider, 1:21-CR-00141-UNA*
*US v. Jack Fisher, et al, 1:21-CR-00231-TCB-CMS*
*US v. Travis Crosby, 1:21-CR-00011-LMM-CCB*
*US v. Yunior Hernandez, et al, 4:21-CR-00038-UNA-WEJ*
*US v. Ronald Bell, et al, 1:22-CR-00314-TWT-JEM*
*US v. Paul Kwak, 1:21-CR-001998-ELR-CCB*
*US v. John Oxendine, 1:22-CR-00183-SCJ-RDC*
*US v. Aquil Muhammad, 1:22-CR-00311-VMC-CCB*
*US v. Scott Spilberg, 1:22-CR-00221-JPB*

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from December 27, 2022 through December 30, 2022. As a result, I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Christopher J. Huber*

CHRISTOPHER J. HUBER
*Assistant United States Attorney*

cc: Counsel for Defendants (via CM/ECF)