IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Case No. 1:21-CR-199-01
                                  )
PAUL KWAK                         )
_____ )

### ENTRY OF APPEARANCE

      COMES NOW, Paul S. Kish, and hereby enters his appearance as

counsel for the Defendant PAUL KWAK in this matter.

      Dated: This 12th day of December, 2022.

                              Respectfully submitted,

                              */s/ Paul S. Kish*
                              PAUL S. KISH
                              Georgia State Bar No. 424277
                              ATTORNEY FOR PAUL KWAK

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 12th day of December, 2022.

/s/ Paul S. Kish
PAUL S. KISH
Georgia State Bar No. 424277
ATTORNEY FOR PAUL KWAK

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com