IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO.: 1:21-CR-199-ELR-CCB |
| : | |
| PAUL KWAK : | |
| : | |
| Defendant. : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 57.1(E)(2), Thomas D. Church ("undersigned counsel"), attorney of record for Defendant Paul Kwak ("Mr. Kwak") hereby files the following motion to withdraw as counsel. In support of this motion, undersigned counsel shows the following:

**1.**

As this Court is aware, Mr. Kwak's lead counsel, Page Pate, recently passed away suddenly. In the wake of Mr. Pate's death, the undersigned law firm is now winding down. As a result of this, undersigned counsel will no longer be able to represent Mr. Kwak after the firm winds down and dissolves.

**2.**

Mr. Kwak has since retained new counsel, who filed an entry of appearance in the case on December 12, 2022.

2

**3**.

For these reasons, undersigned counsel respectfully requests that this Court permit him to withdraw as counsel in the above-styled matter.

This 12th day of December, 2022.

PATE, JOHNSON & CHURCH, LLC

/s/ *Thomas D. Church*

Thomas D. Church
Georgia Bar No.: 956589
101 Marietta Street NW, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 12th day of December, 2022.

PATE, JOHNSON & CHURCH, LLC

/s/ *Thomas D. Church*

Thomas D. Church
Georgia Bar No.: 956589
101 Marietta Street NW, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310