```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

UNITED STATES OF AMERICA     )
                             )
          v.                 )  Case No. 1:21-CR-199-01
                             )
PAUL KWAK                    )
_____)
```

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE**

COMES NOW Defendant PAUL KWAK, by and through undersigned counsel and hereby files this Unopposed Motion to Continue the Pretrial Conference. As set forth below, recently retained new counsel is still reviewing the voluminous discovery materials in this matter. Defendant therefore asks for a 30-day continuance of the Pretrial Conference. Defendant is authorized to represent that the Government does not oppose this request.

Defendant was arrested and indicted in 2021. The indictment alleges a complex scheme in which the Payroll Protection Plan was supposedly defrauded. The discovery is excessively voluminous, involving dozens of bank accounts, seized electronic devices and online accounts.

Defendant was previously represented by Attorney Page Pate. As the Court knows, Mr. Pate died in a tragic accident several months ago. Defendant retained undersigned counsel in early December 2022. Undersigned is still reviewing the highly complex discovery materials provided by the Government.

The Court scheduled a Pretrial Conference for January 12, 2023. Defendant asks that the Court continue this Pretrial Conference and the time in which pretrial motions may be filed. Mr. Kwak asks for a 30-day continuance.

Undersigned has communicated with AUSA Chris Huber. Defendant is authorized to represent that the Government does not oppose this 30-day continuance of the time for filing pretrial motions and conducting the Pretrial Conference.

Dated: This 4th day of January 2023.

                                        Respectfully submitted,

                                        */s/ Paul S. Kish*
                                        PAUL S. KISH
                                        Georgia State Bar No. 424277
                                        Attorney for PAUL KWAK

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 4th day of January 2023.

/s/ Paul S. Kish
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for PAUL KWAK

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com