**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| | **CRIMINAL ACTION NO.** |
| **PAUL KWAK (1),** | **1:21-CR-199-ELR-CCB** |
| **MICHELLE KWAK (2),** | |
| **Defendants.** | |

## <u>ORDER</u>

This matter is before the Court for consideration of Defendant Paul Kwak's unopposed motion for a 30-day extension of time within which to file pretrial motions. (Doc. 96). Defendant Michelle Kwak joins the motion. For good cause shown, the Court **GRANTS** the motion and will afford Defendants through and including February 10, 2023, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Tuesday, February 14, 2023 at 9:30 A.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, January 4, 2023, and the date of the next pretrial conference, February 14, 2023, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for Defendants need additional time to review the discovery materials before determining whether pretrial motions are appropriate, and if Defendants elect to file pretrial motions, the Government will need time to review any filed motions in preparation for the pretrial conference. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

 **IT IS SO ORDERED,** this 10th day of January, 2023.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

2