IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    **v.**

**PAUL KWAK (1),**
**MICHELLE KWAK (2),**

    **Defendants.**

**CRIMINAL ACTION NO.**
**1:21-CR-199-ELR-CCB**

## ORDER

This matter is before the Court for consideration of Defendants' unopposed motion for a 45-day extension of time within which to file pretrial motions. (Doc. 98). For good cause shown, the Court **GRANTS** the motion and will afford Defendants through and including March 27, 2023, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Wednesday, March 29, 2023 at 9:30 A.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, February 13, 2023, and the date of the next pretrial conference, March 29, 2023, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because

counsel for Defendants need additional time to review the discovery materials before determining whether pretrial motions are appropriate, and if Defendants elect to file pretrial motions, the Government will need time to review any filed motions in preparation for the pretrial conference. Additionally, Defendants assert that they need time to continue attempts to resolve the case with the Government. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

**IT IS SO ORDERED,** this 14th day of February, 2023.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

2